**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| BENJAMIN JOE GIRON and 5401 MONTOYA DR EL PASO TEXAS, LLC | § § § § | CASE NO. 20-31151-hcm Chapter 13 |
| DEBTOR, | § § | |
| EL PASO NATIONAL MORTGAGE, LLC | § § § | |
| MOVANT, | § § | |
| vs. | § § | |
| BENJAMIN JOE GIRON and 5401 MONTOYA DR EL PASO TEXAS, LLC | § § § § | |
| RESPONDENTS. | § § | |

**ORDER GRANTING
EL PASO NATIONAL MORTGAGE, LLC'S
MOTION FOR EXPEDITED HEARING ON ITS MOTION FOR RELIEF FROM THE
AUTOMATIC STAY REGARDING REAL ESTATE, 5401 MONTOYA DRIVE AND,
<u>ALTERNATIVELY, FOR ADEQUATE PROTECTION</u>**

On this day, the Court considered El Paso National Mortgage, LLC's Motion for Expedited Hearing on Its Motion for Relief from the Automatic Stay Regarding Real Estate, 5401 Montoya

Drive and, Alternatively, for Adequate Protection.

The Court finds the Motion for Expedited Hearing is meritorious and it is, therefore,

ORDERED that the Motion for Expedited Hearing is granted, and El Paso National Mortgage, LLC's Motion for Relief from the Automatic Stay Regarding Real Estate, 5401 Montoya Drive and, Alternatively, for Adequate Protection is hereby scheduled for hearing on the date and at the time listed above.

Counsel for El Paso National Mortgage, LLC is responsible for notice.

# # #

Submitted by:

*/s/Robert R. Feuille*
**ROBERT R. FEUILLE**
State Bar No. 06949100
Counsel for El Paso National Mortgage, LLC
**SCOTTHULSE** <sup>PC</sup>
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas   79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
Bfeu@scotthulse.com