**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENJAMIN JOE GIRON and | § | |
| 5401 MONTOYA DR EL PASO TEXAS, | § | CASE NO. 20-31151-hcm |
| LLC | § | Chapter 13 |
| | § | |
| DEBTOR, | § | |
| | § | |
| EL PASO NATIONAL MORTGAGE, | § | |
| LLC | § | |
| | § | |
| MOVANT, | § | |
| | § | |
| vs. | § | |
| | § | |
| BENJAMIN JOE GIRON and | § | |
| 5401 MONTOYA DR EL PASO TEXAS, | § | |
| LLC | § | |
| | § | |
| RESPONDENTS. | § | |

**AMENDED CERTIFICATE OF SERVICE FOR
EL PASO NATIONAL MORTGAGE, LLC'S MOTION FOR EXPEDITED HEARING
ON ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL
ESTATE, 5401 MONTOYA DRIVE AND, ALTERNATIVELY, FOR ADEQUATE
PROTECTION (Doc No. 7)**

I hereby certify that a copy of El Paso National Mortgage, LLC's Motion For Expedited

Hearing On Its Motion For Relief From The Automatic Stay Regarding Real Estate, 5401 Montoya

Drive And, Alternatively, For Adequate Protection (Doc. No. 7) was mailed to Debtor and to all

parties and creditors identified in the attached matrix, on November 17, 2020.

Respectfully submitted,

**SCOTTHULSE**ᴾᶜ
One San Jacinto Plaza
201 E. Main Dr.
Suite 1100
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Facsimile

By:   */s/ Robert R. Feuille*
     ROBERT R. FEUILLE
     State Bar No. 06949100
  Counsel for Movant,
  El Paso National Mortgage, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 20-31151-hcm<br>Western District of Texas<br>El Paso<br>Tue Nov 17 10:08:20 CST 2020 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Amex Express National Bank<br>c/o Becket & Lee LLP<br>Po Box 3001<br>Malvern, PA 19355-0701 |
| Applied Bnk<br>4700 Exchange Court<br>Boca Raton, FL 33431-4450 | Benjamin Joe Giron<br>5401 Montoya<br>El Paso, TX 79932-2410 | Capital One<br>Po Box 30281<br>Salt Lake Cty, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>Po Box 71083<br>Charlotte, NC 28272-1083 | Cbna<br>Attn: Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 | Cbusasears<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | El Paso Electric Company<br>Po Box 650801<br>Dallas, TX 75265-0801 |
| El Paso National Mortgage, LLC<br>444 EXECUTIVE CENTER BLVD Ste 240<br>El Paso, TX 79902-1039 | El Paso Water<br>Po Box 511<br>El Paso, TX 79961-0511 | First Nataional Bank/Legacy<br>Attn: Bankruptcy<br>PO Box 5097<br>Sioux Falls, SD 57117-5097 |
| First PREMIER Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Fortiva<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 | GECU<br>Attn: Bankruptcy<br>PO Box 20998<br>El Paso, TX 79998-0998 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | L & M Okubo Management & Services, LLC<br>c/o Mills Escrow Company<br>906 North Mesa Street, Suite 101<br>El Paso, Texas 79902-4080 |
| L&M Okubo Management & Srvs, LLC<br>c/o Mills Escrow<br>906 N Mesa St Ste 101<br>El Paso, TX 79902-4080 | Las Cruces Utilities<br>PO Box 20000<br>Las Cruces, NM 88004-9002 | MDJJ Real Estate, LLC<br>5862 Cromo Dr Ste 100<br>El Paso, TX 79912-5510 |
| McKenzie Paul & Associates<br>111 W Anderson Ln Ste E350<br>Austin, TX 78752-1136 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Regional Fin<br>500 N Oregon<br>El Paso, TX 79901-1121 |
| Regional Management Corporation<br>979 Batesville Road Ste B<br>Greer, SC 29651-6819 | Stuart Cox<br>1760 N Lee Trevino Dr Ste A<br>El Paso, TX 79936-4566 | Syncb/ccdstr<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Syncb/hhgreg<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Syncb/sunglass Hut<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | TRS Recovery Services, Inc.<br>1600 Terrell Mill Rd Se<br>Marietta, GA 30067-8307 | United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Uprising Investments<br>5862 Cromo Dr. Ste 100<br>El Paso, TX 79912-5510 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>PO Box 3<br>Hillboro, OR 97123-0003 |
| Westar Pacific Mortgage<br>Po Box 32950<br>Phoenix, AZ 85064-2950 | Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 1301
Charlotte, NC 28201-1301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Benjamin Joe Giron<br>5401 Montoya<br>El Paso, TX 79932-2410 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |