UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:                                    )
                                          )     Case Number 20-31151-hcm
                                          )
BENJAMIN J. GIRON,                        )     Chapter 13
                                          )
        Debtor.                           )
                                          )

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that James W. Brewer of the law firm of **Kemp Smith LLP**, El Paso, Texas,

hereby enters an appearance in this chapter 13 case as the attorney for **Joe T. Meraz**, agent on behalf of

Jose R. Meraz and Natalia T. Meraz, creditors in this case. Mr. Meraz requests that copies of all notices,

filings and papers filed or served in this case be given to and served upon:

James W. Brewer
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings

referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the

Bankruptcy Rules; including without limitation, notices and copies of any orders, motions, demands,

complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this

Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand

1

delivery, telephone, telecopiers, telegraph, telex or otherwise, which affects or seeks to affect the above-caption case.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (facsimile)
Attorneys for Joe T. Meraz

By: _____
James W. Brewer
State Bar No. 02965200
james.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was delivered by first class U.S. mail to the parties listed below on November 18, 2020.

_____
James W. Brewer

Benjamin J. Giron
5401 Montoya
El Paso, Texas 79932

Timothy V. Daniel
603 Mississippi Ave.
El Paso, Texas 79902

Stuart C. Cox
1760 N. Lee Trevino
El Paso, Texas 79936

2

40D1177.DOC