**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | Case No.: 20-31151 |
| **BENJAMIN JOE GIRON,** | § | |
| | § | |
| *Debtor.* | § | |

**CERTIFICATE OF SERVICE OF
ORDER GRANTING EXTENSION OF AUTOMATIC STAY (dkt# 22)**

I hereby certify that on the 19th day of November, 2020, I did cause a copy of the **Order Granting Extension of Automatic Stay** (dkt# 22) to be mailed to Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino Dr., El Paso, TX 79936; to Benjamin Joe Giron, 5401 Montoya Dr., El Paso, TX 79932; and to all parties in interest in this case, as shown on the attached list.

/s/Timothy V. Daniel
Timothy V. Daniel
Counsel for Debtor