**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENJAMIN JOE GIRON and | § | |
| 5401 MONTOYA DR EL PASO TEXAS, | § | CASE NO. 20-31151-hcm |
| LLC, | § | Chapter 13 |
| | § | |
| **DEBTOR,** | § | |
| | § | |
| EL PASO NATIONAL MORTGAGE, | § | |
| LLC, | § | |
| | § | |
| **MOVANT,** | § | |
| | § | |
| vs. | § | |
| | § | |
| BENJAMIN JOE GIRON and | § | |
| 5401 MONTOYA DR EL PASO TEXAS, | § | |
| LLC, | § | |
| | § | |
| **RESPONDENTS.** | § | |

**ORDER GRANTING
EL PASO NATIONAL MORTGAGE, LLC'S
AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING
REAL ESTATE, 5401 MONTOYA DRIVE AND, ALTERNATIVELY, FOR ADEQUATE
PROTECTION**

On this day, the Court considered El Paso National Mortgage, LLC's Amended Motion for Relief from the Automatic Stay Regarding Real Estate, 5401 Montoya Drive and, Alternatively, for Adequate Protection, with Waiver of 30-Day Hearing and Request for El Paso Setting. The Court finds that it has jurisdiction of the subject matter and the parties and that cause exists to grant relief from the automatic stay of 11 U.S.C. § 362.

**IT IS, THEREFORE, ORDERED** that El Paso National Mortgage, LLC is hereby granted relief from automatic stay of 11 U.S.C. § 362 to exercise its state law remedies, including but not limited to foreclosure, against El Paso National Mortgage LLC's residential real property collateral situated at 5401 Montoya Drive, El Paso, Texas, and against El Paso National Mortgage, LLC's borrower, 5401 Montoya Dr El Paso Texas LLC.

**IT IS FURTHER ORDERED** that Debtor and 5401 Montoya Dr El Paso Texas LLC, jointly and severally, shall pay attorney's fees to El Paso National Mortgage, LLC in the amount of $1,500.00.

**IT IS FURTHER ORDERED** that this Order shall be effective for a period of six (6) months from the date of entry of this Order whether or not this case is converted or dismissed, and whether or not Debtor or the Borrower may file a another bankruptcy case or bankruptcy petition under any chapter of the United States Bankruptcy Code during the said six (6) month period.

**IT IS FURTHER ORDERED** that the 14-day post-entry stay of Bankruptcy Rule 4001(a)(3) is hereby vacated.

# # #

**Submitted By:**

**ROBERT R. FEUILLE**
State Bar No. 06949100
**SCOTTHULSE PC**
1100 Chase Tower
201 E. Main
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
Attorneys for El Paso National Mortgage, LLC