UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BENJAMIN JOE GIRON, ) | |
| ) | |
| Debtor, ) | |
| ) | |
| L&M OKUBO MANAGEMENT & ) | |
| SERVICES, LLC, ) | Cause No. 20-31151-hcm |
| ) | Chapter 13 |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN JOE GIRON, ) | |
| ) | |
| Respondent. ) | |

<u>ORDER GRANTING L&M OKUBO MANAGEMENT & SERVICES, LLC'S FIRST AMENDED
MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL ESTATE,
5405 MONTOYA DRIVE, EL PASO, TEXAS AND, ALTERNATIVELY,
FOR ADEQUATE PROTECTION, WITH WAIVER OF 30-DAY HEARING
AND REQUEST FOR EL PASO SETTING</u>

On this day, the Court considered L&M OKUBO MANAGEMENT & SERVICES, LLC's First Amended Motion for Relief from the Automatic Stay Regarding Real Estate, 5405 Montoya Drive and, Alternatively, for Adequate Protection, with Waiver of 30-Day Hearing and Request for El Paso Setting.

The Court finds that it has jurisdiction of the subject matter and the parties and that cause exists to grant relief from the automatic stay of 11 U.S.C §362.

IT IS, THEREFORE, ORDERED that L&M OKUBO MANAGEMENT & SERVICES, LLC is hereby granted relief from automatic stay of 11 U.S.C §362 to exercise its state law remedies, including, but not limited to foreclosure, against Debtor's residential collateral situated at 5405 Montoya Drive, El Paso, Texas.

IT IS FURTHER, ORDERED, that Debtor shall pay attorney's fees to L&M OKUBO MANAGEMENT & SERVICES, LLC in the amount of $1,500.00.

IT IS FURTHER, ORDERED that this Order shall be effective for a period of six (6) months from the date of entry of this Order whether or not this case is converted or dismissed, and whether or not Debtor may file another bankruptcy case or bankruptcy petition under any chapter of the United States Bankruptcy Code during the said six (6) month period.

IT IS FURTHER, ORDERED, that the 14-day post-entry stay of Bankruptcy Rule 4001(a)(3) is hereby vacated.

# # #

Submitted By:

GUEVARA, BAUMANN, COLDWELL & REEDMAN, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.:  (915) 544-6646
Fax.:  (915) 544-8305

By: _____
Lane C. Reedman
Texas State Bar No. 16698400

Attorneys for L&M OKUBO MANAGEMENT & SERVICES, LLC