# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−31151−hcm

Chapter No.: 13

Judge: H. Christopher Mott

IN RE: **Benjamin Joe Giron** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on    **1/13/21 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 40 Amended Motion For Relief from the Automatic Stay Regarding Real Estate (14 Day Objection Language) filed by Lane C. Reedman for Creditor L&M Okubo Management & Services, LLC (Reedman, Lane) Hearing Scheduled For 1/13/2021 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#.Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY−FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E−MAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated: 12/8/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−HCM]** [NtchrgBKhcmap]