**The relief described hereinbelow is SO ORDERED.**

**Signed December 29, 2020.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-31151-HCM |
| BENJAMIN JOE GIRON | § § | CHAPTER 13 |
| DEBTOR(S) | § § | |

### AGREED ORDER ON OBJECTION TO PLAN
### (THIS ORDER RESOLVES DOCKET # 35)

VW Credit, Inc. (hereinafter referred to as "VW Credit"), who is the current holder of Retail Installment Contract and Security Agreement which is secured by a 2015 VOLKSWAGEN PASSAT, VIN: 1VWAS7A31FC109877 (the "Collateral"), and Debtor(s), by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by VW Credit.

**IT IS THEREFORE ORDERED THAT:**

1.  This agreed order shall provide for the treatment and payment of VW Credit, Inc.'s claim # 35 filed in the amount of $12,526.46; and the claim shall be valued at $8,575 with repayment of 4.25% interest rate under the Debtor(s) confirmed plan.

2.  This order shall be binding on both the debtor(s) and the creditor for the purposes of confirmation of a chapter plan in this case; the terms of this order shall govern and shall be incorporated into the order confirming the plan.

AGREED TO AND APPROVED BY:

| | |
|---|---|
| _/s/Timothy Daniel_____ <br> Timothy V. Daniel / TXBN _____ <br> Timothy V. Daniel, P.C. <br> 603 Mississippi Ave. <br> El Paso, TX 79902 <br> (915) 487-0072 <br> Attorney for Debtors | /s/Chandra D. Pryor_____ <br> Michael J. Burns / TXBN 24054447 <br> Chandra D. Pryor / CABN 320903 <br> Bonial & Associates, P.C. <br> Attorneys and Counselors <br> 14841 Dallas Parkway, Suite 425 <br> Dallas, Texas 75254 <br> (972) 643-6600 <br> (972) 643-6698 (Telecopier) <br> E-mail: BkcyAttorneys@BonialPC.com <br> Attorney for VW Credit, Inc. |

 /s/Stuart Cox_____
Lucy Zavala /
Stuart C. Cox /
1760 N. Lee Trevino Dr.
El Paso, Texas 79936
Staff Attorney
Chapter 13 Trustee